```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

ALFREDO BERNAL                    §
                                  §
VS.                               §   CIVIL ACTION NO. 4:15-CV-282-Y
                                  §
STATE FARM LLOYDS, et al.         §

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation for Dismissal With Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE. Costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED September 17, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE